**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ABDULLAHI A.,

Petitioner,

v.

TODD BLANCHE, *Attorney General of the United States*;

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*;

DAVID J. *VENTURELLA*, *Acting Director, U.S. Immigration and Customs Enforcement;*

DAVID EASTERWOOD, *in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement*;

Respondents.

Civil No. 26-3636 (JRT/SGE)

**ORDER**

---

On September 2, 2026, Respondents advised the Court that although Petitioner was scheduled for removal on August 26, 2026, that removal did not occur. Respondents further advised the Court that removal was expected to occur in mid- to late-September. Both parties have advised the Court that Petitioner is seeking medical attention.

Therefore, based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Respondents are directed to file an update with the Court on Petitioner's projected removal date and whether Petitioner has received the requested medical care by **no later than 5:00 p.m. on September 15, 2026**.

2. Petitioner is also directed to file an update with the Court **no later than 5:00 p.m. on September 15, 2026**, and should indicate what relief, if any, Petitioner is currently requesting from the Court.

DATED: September 14, 2026
at Minneapolis, Minnesota.

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge