**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ABDULLAHI A.,

Petitioner,

v.

TODD BLANCHE, *Attorney General of the United States*;

MARKWAYNE MULLIN, *Secretary, Department of Homeland Security*;

DAVID J. VENTURELLA, *Acting Director, U.S. Immigration and Customs Enforcement;*

DAVID EASTERWOOD, *in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement*;

Respondents.

Civil No. 26-3636 (JRT/SGE)

**TEMPORARY RESTRAINING ORDER**

---

Petitioner seeks a Temporary Restraining Order. (Mot. for TRO, Oct. 21, 2026, Docket No. 37.) To afford the Court time to carefully review the materials and to maintain the status quo, the Court will grant the motion in part.

Based on the foregoing, and all the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that:

1. Petitioner’s Emergency Motion for Temporary Restraining Order (Docket

No. [37]) is **GRANTED in part**.

2. Respondents, their officers, agents, servants, employees, and attorneys, and all other persons in active concert or participation with them, **SHALL NOT remove, deport, or transfer Petitioner Abdullahi Mohamed Abdi outside the United States, including to Eswatini**, and SHALL NOT place him on any manifest, flight, or other conveyance destined for a location outside the United States, pending further order of this Court.

3. Respondents **SHALL NOT** move Petitioner from the facility where he is currently detained, except to return him to the District of Minnesota or to a facility for necessary emergency medical care, without first seeking and receiving leave of this Court. Any request for leave shall be filed in writing on the docket, shall include an explanation for the request and a proposed destination, and shall state why the movement should not await further proceedings.

4. Respondents **SHALL** immediately communicate this Order to the U.S. Immigration and Customs Enforcement officials with custody of Petitioner and to the officials responsible for his transportation and removal, including ICE Air Operations, and **SHALL** file, within six hours of this Order, a notice confirming that they have done so and identifying Petitioner's current location and the date and time of any scheduled removal.

5. Respondents **SHALL** permit Petitioner a confidential telephone call with his counsel as soon as practicable and in any event **within 24 hours of this Order.**

7. The Court will schedule a status conference as soon as practicable and will set a briefing schedule at that time.

8. Security under Federal Rule of Civil Procedure 65(c) is waived.

9. This Order **shall remain in effect until October 26, 2026,** unless extended or dissolved by further order of the Court.

DATED: October 22, 2026
at Minneapolis, Minnesota

_____/s/ John R. Tunheim_____
JOHN R. TUNHEIM
United States District Judge