**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ABDULLAHI A.,

Petitioner,

v.

TODD BLANCHE, *Attorney General of the United States*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

DAVID J. *VENTURELLA*, *Acting Director, U.S. Immigration and Customs Enforcement;*

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office for U.S. Immigration and Customs Enforcement*,

Respondents.

Civil No. 26-3636 (JRT/SGE)

**ORDER GRANTING SECOND MOTION TO EXTEND TEMPORARY RESTRAINING ORDER**

---

Petitioner previously sought a Temporary Restraining Order ("TRO"), which the Court granted in part. (Order, Oct. 22, 2026, Docket No. 43.) On October 26, 2026, the Court extended the TRO through November 10, 2026, and ordered Respondents to provide Petitioner a reasonable fear interview within two weeks. (Order, Oct. 26, 2026, Docket No. 53.) Petitioner now seeks a further extension of the TRO because, while the reasonable fear interview the Court ordered was conducted on November 9, 2026, no determination has been issued and no timeline for one has been provided. (Docket No.

54.) The Court will grant the motion, will extend the TRO until December 1, 2026, and will order Respondents to inform the Court as soon as the reasonable fear determination issues.

**ORDER**

Based on the foregoing, and all the files, records, and proceedings herein**, IT IS HEREBY ORDERED** that:

1. Petitioner's Second Motion to Extend the Temporary Restraining Order (Docket No. [54]) is **GRANTED**.

2. The Court's October 22, 2026 Temporary Restraining Order (Docket No. [43]), as extended by the Court's Order of October 26, 2026 (Docket No. [53]), shall remain in effect until December 1, 2026, unless further extended, modified, or dissolved by further order of the Court. Specifically, paragraph 3 of the Court's October 22, 2026 Temporary Restraining Order (Docket No. [43]), remains in full force and effect.

3. Respondents **SHALL file** a notice, attaching a copy of the reasonable fear determination, within one business day after U.S. Citizenship and Immigration Services issues it.

4. As set forth in the Court's Order of October 26, 2026 (Docket No. [53]),

   a. If an asylum officer determines that Petitioner states a reasonable fear of removal to Eswatini, then Respondents must move to reopen

his removal proceedings for him to present a claim for withholding of removal or deferral of removal under the United Nations Convention Against Torture ("CAT") to an immigration judge;

b. If an asylum officer determines that Petitioner does not state a reasonable fear of removal to Eswatini, then Respondents must allow Petitioner 15 days to file a motion to reopen his removal proceedings before removing him.

5. Further, Respondents **SHALL** permit Petitioner a confidential telephone call with his counsel as soon as practicable following the determination and in any event within 48 hours of the determination being issued.

6. Respondents **SHALL immediately communicate** this Order to the U.S. Immigration and Customs Enforcement officials with custody of Petitioner.

7. Security under Federal Rule of Civil Procedure 65(c) remains waived.

DATED: November 10, 2026
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge